UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICARDO LUGO,**

    **Petitioner,**

v.                                      Case No. 6:11-cv-106-Orl-35GJK

**SECRETARY, DEPARTMENT OF**
  **CORRECTIONS, et al.,**

    **Respondents.**

_____/

## ORDER OF DISMISSAL

On May 6, 2011, the Court ordered Petitioner to the $5.00 filing fee within thirty days from the date of the Order (Doc. No. 9).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 16th day of June 2011.

Copies to:
OrlP-2 6/14
Ricardo Lugo

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE